UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28, acting by and through its Special Servicer, CWCAPITAL ASSET MANAGEMENT LLC,<br><br>         Plaintiff,<br><br>  - against -<br><br>DEXIA REAL ESTATE CAPITAL MARKETS f/k/a ARTESIA MORTGAGE CAPITAL CORPORATION,<br><br>     Defendant/Third-Party Plaintiff.<br><br>  - against -<br><br>BEST & FLANAGAN, LLP, KATHY ALLEN, f/k/a Kathy Yip, QUINLIVAN & HUGHES, PA, RONALD BRANDENBURG, ROBERT C. ABEL, STEPHEN R. UPGREN, DAVID P. KLUG, RANDALL L. HAGEN,<br><br>     Third-Party Defendants. | 12-CV-09412 (SAS)<br><br>**STIPULATION AND ORDER** |



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Dexia Real Estate Capital Markets f/k/a Artesia Mortgage Capital Corporation ("Defendant/Third-Party Plaintiff") and third-party defendants Quinlivan & Hughes, PA and Ronald Brandenburg ("Third-Party Defendants") as follows:

(1) The third-party complaint herein is dismissed without prejudice against Third-Party Defendants;

(2) Third-Party Defendants will not object to Defendant/Third-Party Plaintiff amending its pleadings in the Minnesota state court litigations captioned *Abel v. Kathy Yip, et al.* Case No. 27-CV-13-9898, and/or *Hagen v. Yip, et al.* Case No. 27-CV-13-10010 (the "Minnesota Action") to add the parties and claims being voluntarily dismissed pursuant to this stipulation (it is anticipated that those cases will be consolidated into a single proceeding);

(3) Defendant/Third-Party Plaintiff's claims for relief in the Minnesota Action shall be substantially similar to the third-party claims being voluntarily dismissed without prejudice pursuant to this Stipulation and Order; and

(4) The foregoing is without prejudice to Third-Party Defendants' ability to assert any and all appropriate defenses by way of pleading, motion or otherwise to the amended pleadings in the Minnesota Action.

Dated: New York, New York

August 21, 2013

| POLSINELLI PC | WINGET, SPADAFORA & SCHWARTZBERG, LLP |
|---|---|
| */s/ David D. Ferguson*  David D. Ferguson, Esq. *Attorneys for Defendant/Third-Party Plaintiff* 700 W. 47th Street, Suite 1000 Kansas City, MO 64112 816-360-4311 dferguson@polsinelli.com | */s/ Thomas Vays*  Thomas Vays, Esq. *Attorneys for Defendants Quinlivan & Hughes PA, and Kathy Allen* 45 Broadway, Suite 1900 New York, New York 10006 212-221-6900 vays.t.@wssllp.com |

SO ORDERED:

_____
U.S.D.J.

8/27/13