UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C28,

                Plaintiff,

-against-

DEXIA REAL ESTATE CAPITAL MARKETS,

                Defendant.

12CV9412 (SAS)(SN)

**AMENDED SETTLEMENT ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Thursday, September 05, 2013 settlement conference is rescheduled for Thursday, September 26, 2013 at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are directed to contact Chambers in writing or by phone (212-805-0286) immediately if the case has been resolved. Otherwise, the parties should submit their ex parte letters by Thursday, September 19, 2013.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              August 30, 2013