UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

U.S. BANK NATIONAL ASSOCIATION, as
Trustee for the Registered Holders of Wachovia
Bank Commercial Mortgage Trust, Commercial
Mortgage Pass-Through Certificates, Series
2006-C28, acting by and through its Special
Servicer, CWCAPITAL ASSET
MANAGEMENT LLC,

      Plaintiff,

-against-

DEXIA REAL ESTATE CAPITAL MARKETS
f/k/a ARTESIA MORTGAGE CAPITAL
CORPORATION,

      Defendant.

------------------------------------------------------------- X

Case No. 12-cv-09412-SAS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/13

## ORDER

The Court, having read and considered the Parties' Join Motion for an Extension of Time to Serve Expert Reports and to Complete Depositions (Doc. 37), and for good cause shown, hereby:

ORDERS that the Parties' shall be allowed up to and including January 3, 2014 for serving expert reports, and up to and including January 31, 2014 to complete depositions in this matter.

So ordered this 13 day of November, 2013.

The Clerk is directed to close this motion [Doc. #37].

HON. SHIRA A. SCHEINDLIN
U.S. DISTRICT COURT JUDGE

46497206.1