**EXHIBIT 6**

EXHIBIT 6

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | | |
|---|---|---|
| ROBERT C. ABEL, et al., | ) | Case Type: Other; Civil |
| | ) | |
| Plaintiffs, | ) | Court File No. 27-CV-13-9898 |
| vs. | ) | |
| | ) | |
| KATHY YIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| RANDALL HAGEN, | ) | Consolidated Cases |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KATHY YIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

-AND-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28, acting by and through its Special Servicer, CW CAPITAL ASSET MANAGEMENT LLC, | Case No. 12-cv-09412-SAS |

Plaintiff,

-against-

DEXIA REAL ESTATE CAPITAL MARKETS
f/k/a ARTESIA MORTGAGE CAPITAL
CORPORATION,

                                              X
                       Defendant.

-----------------------------------------------------------

TO: See attached service list

### NOTICE OF DEPOSITION OF ROBERT C. ABEL

46529609.1

PLEASE TAKE NOTICE that, pursuant to Minnesota Rules of Civil Procedure 26 and 30, and Federal Rules of Civil Procedure 26 and 30, counsel for Defendant Dexia Real Estate Capital Markets will take the oral deposition of Robert C. Abel, on December 5, 2013, beginning at 9:00 a.m., at the offices of Bassford Remele, 33 South Sixth Street, Suite 3800, Minneapolis, Minnesota before a duly authorized notary public or other officer authorized to administer oaths. The deposition will take place for the purposes of discovery, and for use as evidence at hearing and trial in the above-captioned case and in case number 12-cv-09412, pending in the United States District Court for the Southern District of New York, and will continue from day to day until completed.

Dated: November 26, 2013                     Respectfully submitted,

                                             **POLSINELLI PC**


                                             By /s/David D. Ferguson
                                             David D. Ferguson (MO #37854)
                                             G. Edgar James (MO# 49585)
                                             700 West 47th Street, Suite 1000
                                             Kansas City, MO 64112
                                             (816) 753-1000
                                             (816) 753-1536 (facsimile)
                                             dferfusgon@polsinelli.com
                                             ejames@polsinelli.com
                                             jkleysteuber@polsinelli.com

                                             *with*

                                             **LINDQUIST & VENNUM L.L.P.**
                                             James P. McCarthy (Reg. # 69474)
                                             Bryan R. Freeman (Reg. # 0387154)
                                             4200 IDS Center
                                             80 South Eighth Street
                                             Minneapolis, MN 55402-2274
                                             (612) 371-3211
                                             (612) 371-3207 (facsimile)

                                             **ATTORNEYS FOR DEXIA**

46529609.1

## CERTIFICATE OF SERVICE

David D. Ferguson, an attorney, certifies that a true and correct copy of the forgoing Notice of Deposition of Robert C. Abel was transmitted to and served upon counsel for the parties named below, by placing said document in an envelope correctly addressed to the blow-named, with postage pre-paid, and placing same with the United States Post Office in Kansas City, Missouri on November 26, 2013, and by electronic mail to the below-named, transmitted on November 26, 2013.

Dated: November 26, 2013                     */s/ David D. Ferguson*
                                                                     David D. Ferguson

Paul A. Sortland
SORTLAND LAW OFFICE, PLLC
431 South Seventh Street, Suite 2440
Minneapolis, MN 55415
(612) 375-0400
Attorney for Robert C. Abel, Stephen R. Upgren And David P Klug

Erik Ahlgren
Ahlgren Law Office, PLLC
220 West Washington Ave., Suite 105
Fergus Falls, MN 56537
*Attorney for Randall Hagen*

Rachel B. Peterson
Charles E. Lundberg
BASSFORD REMELE
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
(612)333-0000
(612)333-8829 Fax
rpeterson@bassford.com
clundberg@bassford.com
*Attorneys for Kathy Allen
and Best & Flanagan LLP*

Heather D. Foley
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
*Attorneys for U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28*

46529609.1