USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28, acting by and through its Special Servicer, CWCAPITAL ASSET MANAGEMENT LLC,

        Plaintiff,

        -against-

DEXIA REAL ESTATE CAPITAL MARKETS f/k/a ARTESIA MORTGAGE CAPITAL CORPORATION,

        Defendant.

----------------------------------------------------------------- X

Case No. 12-cv-09412-SAS

ECF CASE

## ORDER FOR ADMISSION *PRO HAC VICE* OF JEFFREY D. KLEYSTEUBER

The motion of Jeffrey D. Kleysteuber ("Applicant"), for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the States of Missouri and Kansas; and that his contact information is as follows:

        Jeffrey D. Kleysteuber
        Polsinelli PC
        900 W. 48th Place, Suite 900
        Kansas City, Missouri 64112
        (816) 753-1000
        Fax No. (816) 753-1536
        jkleysteuber@polsinelli.com

46671213.1

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Dexia Real Estate Capital Markets f/k/a Artesia Mortgage Capital Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/17/13

HON. SHIRA A. SCHEINDLIN
U.S. DISTRICT COURT JUDGE