UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/14
```

-------------------------------------------------- X

U.S. BANK NATIONAL ASSOCIATION, as
Trustee for the Registered Holders of Wachovia
Bank Commercial Mortgage Trust, Commercial
Mortgage Pass-Through Certificates, Series
2006-C28, acting by and through its Special
Servicer, CWCAPITAL ASSET
MANAGEMENT LLC,

        Plaintiff,

-against-

DEXIA REAL ESTATE CAPITAL MARKETS
f/k/a ARTESIA MORTGAGE CAPITAL
CORPORATION,

        Defendant.

-------------------------------------------------- X

Case No. 12-cv-09412-SAS

ECF CASE

## ORDER FOR ADMISSION *PRO HAC VICE* OF DANIEL S. DOOLEY

The motion of Daniel S. Dooley ("Applicant"), for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the States of Missouri and Illinois; and that his contact information is as follows:

> Daniel S. Dooley
> Polsinelli PC
> 900 West 48th Place, Suite 900
> Kansas City, Missouri 64112
> (816) 753-1000
> Fax No. (816) 753-1536
> ddooley@polsinelli.com

46809349.1

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Dexia Real Estate Capital Markets f/k/a Artesia Mortgage Capital Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk is directed to close this motion (Docket Entry # 53).

Dated: 1/28/14

HON. SHIRA A. SCHEINDLIN
U.S. DISTRICT COURT JUDGE