**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WACHOVIA BANK COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C28, ACTING BY AND THROUGH ITS SPECIAL SERVICER CWCAPITAL ASSET MANAGEMENT LLC, <br><br>      Plaintiff, <br><br>    - against - <br><br> DEXIA REAL ESTATE CAPITAL MARKETS F/K/A ARTESIA MORTGAGE CAPITAL CORPORATION, <br><br>      Defendant. | No. 12-CV-9412 (PAE) |

---

**SUPPLEMENTAL DECLARATION OF KENNETH I. SCHACTER**
**IN SUPPORT OF DEXIA'S MOTION FOR RECOVERY OF ITS**
**ATTORNEYS' FEES, COSTS AND EXPENSES**

KENNETH I. SCHACTER, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a member of the firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), attorneys for Defendant Dexia Real Estate Capital Markets f/k/a Artesia Mortgage Capital Corporation ("Dexia") in this action brought by U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28, Acting by and Through its Special Servicer CWCapital Asset Management LLC ("the Trust").

2. This Declaration is submitted to supplement my April 22, 2016, Declaration ("April 22 Schacter Declaration") and is submitted in further support of Dexia's motion for recovery of its attorneys' fees, costs and expenses.

3. The first page of Exhibit B to the April 22 Schacter Declaration contains a summary of hourly rates charged by timekeepers at Morgan Lewis and Bingham McCutchen LLP. The summary inadvertently omitted one timekeeper, Matthew Ladd, an associate, who billed time to this matter during 2014. His hourly rate during 2014 was $420 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2016.

By: /s/ Kenneth I. Schacter
Kenneth I. Schacter